UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-----------------------------------------------------------x
David Pope,

      Plaintiff,

v.

Dream Yacht Americas, Inc.,

      Defendant,

Truist Bank Inc. successor to
Branch Banking and Trust ("BB&T")

      Garnishee.
-----------------------------------------------------------x

**Civil Action – In Admiralty**

**CASE NO: 21-cv-3907-MHC**

### PLAINTIFF'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rules 3.3, Plaintiff David Pope, by and through his undersigned counsel, provides the following information:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      a) Plaintiff: David Pope is an individual.

      b) Defendant: Dream Yacht Americas, Inc. Plaintiff has no knowledge of the Defendant's corporate structure and/or ownership.

      c) Garnishee: Truist Bank, Inc., Successor to Branch Banking and Trust ("BB&T"). Plaintiff has no knowledge of the Defendant's corporate structure and/or ownership.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      a) Robertson, Bodoh & Nasrallah, LLP, counsel to Plaintiff

      b) Simms Showers LLP, counsel to Plaintiff

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      a) Matthew G. Nasrallah

      b) J. Stephen Simms (to be admitted *pro hac vice*)

Dated: September 22, 2021.

                                      Respectfully submitted,

                                      By: /s/ J. Stephen Simms
                                      J. Stephen Simms
                                      Simms Showers LLP
                                      jssimms@simmsshowers.com
                                      Telephone: (443) 290-8704

                201 International Circle
                Baltimore, Maryland 21030

                *PRO HAC VICE* ATTORNEYS FOR
                PLAINTIFF (to be filed)

/s/ Mathew G. Nasrallah
Mathew G. Nasrallah
Georgia Bar No. 535200
Robertson, Bodoh & Nasrallah, LLP
990 Cobb Parkway North
Suite 205A
Marietta, GA 30062
770-424-1234 (telephone)
770-424-2345 (facsimile)
nasrallah@rbnlaw.com

LOCAL ATTORNEY FOR PLAINTIFF