# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

---------------------------------------------------------x

David Pope,

    Plaintiff,

v.

Dream Yacht Americas, Inc.,

    Defendant,

Truist Bank Inc. successor to
Branch Banking and Trust ("BB&T")

    Garnishee.

---------------------------------------------------------x

**Civil Action – In Admiralty**

**CASE NO: 21-cv-3907-MHC**

## *EX PARTE*
## MOTION AND MEMORANDUM FOR APPOINTMENT
## FOR SERVICE OF PROCESS OF MARITIME
## ATTACHMENT AND GARNISHMENT

Plaintiff David Pope moves, pursuant to Supplemental Rule B(1)(d)(ii), for an Order appointing J. Stephen Simms, Matthew G. Nasrallah, or any other qualified person appointed by them to serve process of maritime garnishment, and any supplemental process in this matter.

Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

> If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person

or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) **someone specially appointed by the court for that purpose**; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

As further grounds for this motion, Plaintiff states that service of the maritime garnishment writ issued in this case will be straightforward, on a garnishee located in this District. Utilizing private process service will conserve the resources of the United States Marshal.

Plaintiff will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion and herewith submits a draft order.

Dated: September 22, 2021.

    Respectfully submitted,

    By: /s/ J. Stephen Simms
    J. Stephen Simms
    Simms Showers LLP
    jssimms@simmsshowers.com
    Telephone: (443) 290-8704
    201 International Circle
    Baltimore, Maryland 21030

    *PRO HAC VICE* ATTORNEYS FOR
    PLAINTIFF (to be filed)

/s/ Mathew G. Nasrallah
Mathew G. Nasrallah
Georgia Bar No. 535200
Robertson, Bodoh & Nasrallah, LLP
990 Cobb Parkway North
Suite 205A
Marietta, GA 30062
770-424-1234 (telephone)
770-424-2345 (facsimile)
nasrallah@rbnlaw.com

LOCAL ATTORNEY FOR PLAINTIFF