UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

-----------------------------------------------------------x

David Pope,

    Plaintiff,

v.

Dream Yacht Americas, Inc.,

    Defendant,

Truist Bank Inc. successor to
Branch Banking and Trust ("BB&T")

    Garnishee.

-----------------------------------------------------------x

**Civil Action – In Admiralty**

**CASE NO: 21-cv-3907-MHC**

## *EX PARTE* ORDER
## FOR SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiff, having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing J. Stephen Simms, Matthew G. Nasrallah, or any other qualified person appointed by either of them to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that J. Stephen Simms, Matthew G. Nasrallah, or any other person at least 18 years of age and not a party to this action, appointed by either of them be, and hereby is, appointed to serve the Process of Maritime Attachment and Garnishment, and a copy of the Verified Complaint as issued in this case.

DONE AND ORDERED this 28th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE