UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

---------------------------------------------------------x
David Pope,

     Plaintiff,

v.

Dream Yacht Americas, Inc.,

     Defendant,

Truist Bank Inc. successor to
Branch Banking and Trust ("BB&T")

     Garnishee.
---------------------------------------------------------x

**Civil Action – In Admiralty**

**CASE NO: 1:21-cv-03907-MHC**

## WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

**TO GARNISHEE:**   **TRUIST BANK, INC.** successor to
Branch Banking and Trust ("BB&T")
**c/o Corporation Service Company, Registered Agent**
**2 Sun Court, Suite 400**
**Peachtree Corners, Georgia 30092**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF GEORGIA.

GREETING:

     WHEREAS, on September 22, 2021, Plaintiff filed a Verified Complaint against Defendant Dream Yacht Americas, Inc. for reasons in said complaint

mentioned for the sum of **USD 41,200.00** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

    WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

    NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof
written.



WITNESS THE HONORABLE
Judge of said Court, in said District,
this __30th__ day of September 2021.

KEVIN P. WEIMER, CLERK

BY: _s/ Teressa Frazier_
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.